**1**

**WITHERBEE IGNITER COMPANY, Complainant Appellee, v. WITHERBEE MANUFACTURING COMPANY and Thomas S. Witherbee, individually, Respondent Appellant.**

(Circuit Court of Appeals, Second Circuit. March 19, 1926.)

No. 280.

Appeal from the District Court of the United States for the Southern District of New York.

Willard G. Stanton, of New York City, for appellant.

C. Westley Abbott (Alexander J. Lindsay, of New York City, on the brief), for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judge.

PER CURIAM. The court below, by the order appealed from, refused to retract or meddle with an injunction contained in the final decree herein entered nearly 20 years ago. The action of the court was proper (Central Trust Co. v. Grant Works, 135 U. S. 207, 10 S. Ct. 736, 34 L. Ed. 97), but the order should have been based upon lack of power or jurisdiction.

When modified, so as to refuse relief for lack of power so to do, and as modified, the order is affirmed, with costs.

**2**

**Fred WOLFE v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. December 11, 1925.)

No. 4445.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Charles L. Goldstein, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of the District Court affirmed.

**3**

**John WRIGHT v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. December 2, 1925.)

No. 4548.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.